IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TOREY PIRTLE, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 3:07-CV-811-M |
| v. § | |
| § | |
| NATHANIEL QUARTERMAN, § | |
| Director, Texas Department of Criminal § | |
| Justice, Correctional Institutions § | |
| Division, § | |
| § | |
| Defendant. § | |
| _____  § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated January 7, 2008, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The Court notes that Petitioner complains that the Magistrate Judge did not consider his tenth ground of error. Petitioner asserted only eight grounds of error.

IT IS, THEREFORE, ORDERED that the Findings and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 7th day of July, 2009.

_____
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**